NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BARTHOLOMEW HARRIS,**

*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**

*Respondent*

_____

2022-1022

_____

Petition for review of the Merit Systems Protection Board in No. SF-0752-21-0032-I-1.

_____

**O R D E R**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(d) and Federal Circuit Rule 25(h) within the time permitted by the rules, it is

2                                                    HARRIS v. ARMY


ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT


May 11, 2022                    /s/ Peter R. Marksteiner
     Date                      Peter R. Marksteiner
                               Clerk of Court


**ISSUED AS A MANDATE:** May 11, 2022